

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2021

No. 04-21-00038-CV

**IN THE INTEREST OF R.H.B., III AND C.D.B., CHILDREN,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-16615
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

Appellant's brief was originally due on June 16, 2021. On June 11, 2021, appellant filed an unopposed motion to extend the time in which to file the brief. Appellant's counsel, Ms. Jessica Lambert, stated she requested a supplemental clerk's record "in April 2020." This court granted the request for an extension of time and ordered Ms. Lambert to file appellant's brief no later than August 2, 2021. Ms. Lambert was cautioned that further requests for an extension would be disfavored absent extenuating circumstances.

On August 2, 2021, Ms. Lambert filed an unopposed second motion requesting a two-day extension of time in which to file the brief. Ms. Lambert also asked to exceed the briefing word limit of 15,000 words by an additional 2,500 words.

The motion is GRANTED. Ms. Lambert is ORDERED to file appellant's brief **no later than August 4, 2021**. **No further extensions of time will be granted.** The request to exceed the word limit **by no more than an additional 2,500** words is GRANTED.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2021.



MICHAEL A. CRUZ, Clerk of Court